# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
### MEETING OF CREDITORS

**In re:**

**NILSA TORRES ARROYO**  Case No. **13-06057-ESL**

Chapter 13  Attorney Name: **JUAN O CALDERON LITHGOW***

| I. Appearances | | | Date & Time: 8/28/2013 11:00:00AM |
|---|---|---|---|
| Debtor | [X] Present | [ ] Absent | [X] R   [ ] NR   LV: tbd |
| Joint Debtor | [ ] Present | [ ] Absent | [ ] This is debtor(s) 0 Bankruptcy filing. |
| Attorney for Debtor | [X] Present | [ ] Absent | Creditors: |
| [ ] Prose | | | |
| [ ] Appearing: | | | |

**II. Oath Administered**

  [X] Yes   [ ] No

**III. Plan**

Date: 07/27/2013   Base: $13,620.00   Payments 0 made out of 1 due.

Confirmation Hearing Date:   9/20/2013 11:00:00AM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

   $6,000.00 - $3,000.00 = $3,000.00

**IV. Status of Meeting**

[X] Closed   [ ] Not Held   [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

 [ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

 [ ] MTD Already filed, see Docket:

 [ ] Other:

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
### MEETING OF CREDITORS

In re:

NILSA TORRES ARROYO                                    Case No.   13-06057-ESL

                               Chapter 13         Attorney Name:   JUAN O CALDERON LITHGOW*

|  |  |
|---|---|
| **Trustee's Report on Confirmation** | (Cont.) |
| [ ] FAVORABLE | |
| [X] UNFAVORABLE | |

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | |
| [X] Unfair discrimination | [ ] Tax returns missing |
| |   [ ] State - years |
| [ ] Fails disposable income | |
| [ ] Fails liquidation value test | [ ] Federal - years |
| [ ] Insuarence quote | |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] DSO Recipient's Information | [ ] Monthly reports for the months |
| [ ] Evidence of being current with DSO | [ ] Public Liability Insurance |
| |   [ ] Premises |
| [ ] Evidence of income |   [ ] Vehicle(s): |
| |   [ ] Licenses issued by: |

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**NILSA TORRES ARROYO**          Case No. **13-06057-ESL**

         Chapter 13     Attorney Name: **JUAN O CALDERON LITHGOW***

---

**Trustee's objection to confirmation**

[X] Objection to Confirmation
[ ] Oral objection by creditor

1. Debtor has not made the 1st payment, she will make the 1st payment in September 3, 2013.

2. Debtor used local exemptions (PR). No wording in schedule "C". Also, combined local and federal exemptions since the automobile was claimed exemptions under 522 d(2). Trustee will object exemptions.

3. Provide evidence that Auto Cash has a security interest.

The following party(ies) object(s) confirmation:

**s/Osmarie Navarro**          Date:    08/28/2013

**Trustee/Presiding Officer**          (Rev. 05/13)