IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

NILSA TORRES ARROYO

CASE NO. 13-06057-ESL

CHAPTER 13

DEBTOR(S)

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **August 28, 2013**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: To be determine

3. With respect to the attached payment plan:

PLAN DATE: July 27, 2013          PLAN BASE: $13,620.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 9/5/2013

[ ] FAVORABLE          [X] UNFAVORABLE

**1. [X] FEASIBILITY 11 USC § 1325(a)(6):**

**Debtors have failed commence payments.**

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

**3. [X] UNFAIR DISCRIMINATION § 1322(b):**

**Provide evidence that Auto Cash has a security interest (document submitted to trustee is not sufficient).**

**4. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):**

**The liquidation value cannot be determined in this time until Trustee's objection to debtor's claim of exemptions filed on 8/26/13 at docket 9 is resolved.**

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

**6. [X] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):**

**Coop A/C Vega Alta POC 02 (surrender of shares).**

7. [ ] OTHER:

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$3,000.00/$0.00

Atty: <u>JUAN O CALDERON</u>

/s/ Pedro R Medina
Pedro R Medina

USDC #226614
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - JP