## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

NILSA TORRES ARROYO,                                  CASE NO.: 13-06057-ESL13

        Debtor,

                                CHAPTER  13

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

COMES NOW creditor DORAL BANK, through the undersigned counsel, and states and prays as follows:

Pursuant to Rule 9010(b) of the Rules of Bankruptcy Procedure, the appearing creditor informs the Court and all parties that it has retained legal services of Fiddler González & Rodríguez, PSC, whose address is:

Fiddler, González & Rodríguez, PSC

Counsel for Doral Bank

P.O. Box 363507

San Juan, Puerto Rico 00936-3507

Tel. 787-759-3242 / Fax 787-759-3108

WHEREFORE it is respectfully requested that this Honorable Court take notice of the above and that Doral Bank be notified of all proceedings in the present case and be included in the Master Address in the above captioned case.

**I DECLARE** that on this date the foregoing was electronically filed the with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all creditors and other parties in interest that have filed a notice of appearance in the captioned case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this 27th day of November, 2013.

FIDDLER GONZALEZ & RODRIGUEZ, PSC

Counsel for Doral Bank

PO Box 363507

San Juan, Puerto Rico  00936-3507

Tel. 787 759-3242 / Fax 787 759-3108

rgarcia@fgrlaw.com

   /s/ *Rosamar García Fontan*

ROSAMAR GARCIA FONTAN

USDC-PR 221004