# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

**Debtor:** NILSA TORRES ARROYO
**Case Number:** 13-06057-ESL13                          **Chapter:** 13
**Date / Time / Room:** 12/4/2013 9:00 AM osjcrt2
**Bankruptcy Judge:** ENRIQUE S. LAMOUTTE
**Courtroom Clerk:** DARHMA ZAYAS
**Reporter / ECR:** INECITA COLLAZO

### Matter:

Confirmation Hearing of Plan dated 7/27/13 (#2)

### Appearances:

ALEJANDRO OLIVERAS RIVERA
JUAN O CALDERON LITHGOW

*[handwritten: Debtor - O. Navarro]*

### Proceedings:

ORDER:

X (Amended) plan dated 7-27-13 Docket no. 2   ___ CONFIRMED   X NOT CONFIRMED   X LBR 3015

*[handwritten: - feasibility - insufficiently funded - fails liquidation value test]*

___ Debtor's motion for post confirmation modification of plan dated_____; pursuant to §1329, [Docket No._____], is hereby _____ granted _____ denied.

___ Movant's application to withdraw motion is hereby granted. Re: Docket No. _____

___ Upon debtor[s]' failure to: ___ to appear at the 341 meeting of creditors, ___ make current payments to the Chapter 13 trustee, ___ appear at the hearing on confirmation, it is now ordered that the instant petition be and it is hereby dismissed.

The trustee is awarded $100.00 costs, ___ balance up to balance of fee to debtor[s]' attorney.

___ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ___ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee. The Chapter 13 trustee is awarded $100.00 costs.

___ Debtor[s]' request for dismissal is hereby granted. The Chapter 13 trustee is awarded $100.00 costs.

___There being no opposition, debtor[s]' request to set aside dismissal order [Docket # ___ ] is hereby granted.

___ The parties are granted _____ days to file a settlement agreement.

___Hearing on Confirmation/Contested Matter is continued to: _____

___Attorney's Fees:$3,000.00; Other:_____

*[handwritten: Pending MTD (#26) filed on November 15, 2013.]*

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge