IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

NILSA TORRES ARROYO

CASE NO.    13-06057-ESL

CHAPTER 13

DEBTOR(S)

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **August 28, 2013**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: To be determinate.

3. With respect to the attached payment plan:

PLAN DATE: December 10, 2013          PLAN BASE: $26,325.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: <u>12/27/2013</u>

[ ] FAVORABLE          [X] UNFAVORABLE

**1. [X] FEASIBILITY 11 USC § 1325(a)(6):**

**Debtor owes $454.00 ( November and December $277.00 each)**

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

**7. [X] OTHER:**

**Trustee's Objection to exemption filed on 12/23/13 is pending.**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$3,000.00/$0.00

Atty:   <u>JUAN O CALDERON</u>

<u>/s/ Pedro R Medina</u>
Pedro R Medina

USDC #226614
**ALEJANDRO OLIVERAS RIVERA**
 Chapter 13 Trustee
 PO Box 9024062, Old San Juan Station
 San Juan PR 00902-4062
CMC - GB