IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

NILSA TORRES ARROYO

CASE NO. 13-06057-ESL

CHAPTER 13

DEBTOR(S)

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **August 28, 2013**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: $409 (PV$ 474)

3. With respect to the attached payment plan:

PLAN DATE: December 10, 2013        PLAN BASE: $26,325.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 1/9/2014

[ ] FAVORABLE        [X] UNFAVORABLE

**1. [X] FEASIBILITY 11 USC § 1325(a)(6):**

**Debtor owes $454.00 ( November and December $277.00 each)**

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [ ] OTHER:

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$3,000.00/$0.00

/s/ Osmarie Navarro Martínez
Osmarie Navarro Martínez

Atty:  JUAN O CALDERON

USDC # 222611
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - GB