```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

IN RE:
                                                    CASE NO.13-06057-ESL

**NILSA TORRES ARROYO**
                                                  CHAPTER 13

**DEBTORS**

## TRUSTEE'S MOTION FOR
## ENTRY OF DISMISSAL ORDER

**TO THE HONORABLE COURT:**

Comes now Alejandro Oliveras Rivera, Chapter 13 Trustee, through and by the undersigned counsel and very respectfully states and prays:

1. On November 15, 2013 the Trustee filed a motion to dismiss. One of the issues raised in said motion was the fact that at that point in time the debtor had failed to commence plan payments. See Dkt. 26.

2. As of this date, the debtor has made only one payment in the amount of $681.00. Said payment was made on December 2013, that is, 5 months after filing the case. The payment of 681.00 accounted for 3 instalments of 227.00. Notwithstanding, taking into consideration debtor's payment, she did not become current by December 2013 as she had arrears in the amount of $454.00. To this date, the total arrears are $1,370.00. Debtor has only made 3 payments out of 7. The current month of March will be due on the 27th.

3. Thus, we hereby request the dismissal of the case for debtor's failure to keep current with her chapter 13 plan payments and for properly addressing the feasibility issue raised by Trustee in his motion to dismiss (paragraph 2a). The dismissal of the case is requested pursuant to 1307 (c)(4)

**WHEREFORE,** for the reasons stated above, it is respectfully requested from the Court to dismiss the present case for debtor's failure to maintain current plan payments.

Trustee's Motion for
Entry of Dismissal Order
Case:13-06057-ESL
Page 2 of 2

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that I have served to the U.S. Trustee, **ustpregion21.hr.ecf@usdoj.gov** and by depositing true and exact copies thereof in the United States Mail, postage prepaid, to the non CM/ECF participants: debtor(s) and parties in interest that have filed a notices of appearance included in the address list attached to the original and the Trustee's copy on file.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this, March 7, 2014.

*/s/ Alejandro Oliveras Rivera*
**ALEJANDRO OLIVERAS RIVERA**
**CHAPTER 13 TRUSTEE**
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500  Fax 977-3521

By: **/s/Pedro Rafael Medina Hernández**
Pedro Rafael Medina Hernández
USCD 226614
pmedina@ch13sju.com
Tel. 977-3500